# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 535 MAL 2018
:
               Respondent :
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
               v. :
:
:
MAURICE CHAMBERS, :
:
               Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 6th day of February, 2019, the Petition for Allowance of Appeal is **DENIED**.